# EXHIBIT 1

## EXHIBIT 1

| Invoice No. | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 3973 | 05/22/2024 | 07/21/2024 | $90,264.17 |
| 3974 | 05/22/2024 | 07/21/2024 | $90,264.17 |
| 3975 | 05/22/2024 | 07/21/2024 | $90,264.17 |
| 3976 | 05/22/2024 | 07/21/2024 | $90,264.17 |
| 3977 | 05/22/2024 | 07/21/2024 | $90,264.17 |
| 3978 | 05/22/2024 | 07/21/2024 | $90,264.17 |
| 4335 | 06/03/2024 | 08/02/2024 | $11,311.25 |
| 4336 | 06/03/2024 | 08/02/2024 | $11,311.25 |
| 4337 | 06/03/2024 | 08/02/2024 | $45,151.25 |
| 4338 | 06/03/2024 | 08/02/2024 | $45,151.25 |
| 4395 | 06/04/2024 | 08/03/2024 | $90,281.67 |
| 4396 | 06/04/2024 | 08/03/2024 | $90,281.67 |
| 4397 | 06/04/2024 | 08/03/2024 | $90,281.67 |
| 4480 | 06/05/2024 | 08/04/2024 | $22,685.00 |
| 4748 | 06/12/2024 | 08/11/2024 | $22,584.17 |
| 4749 | 06/12/2024 | 08/11/2024 | $22,584.17 |
| 4750 | 06/12/2024 | 08/11/2024 | $22,584.17 |
| 4751 | 06/12/2024 | 08/11/2024 | $22,584.17 |
| 4752 | 06/12/2024 | 08/11/2024 | $67,704.17 |
| 4753 | 06/12/2024 | 08/11/2024 | $67,704.17 |
| 4799 | 06/13/2024 | 08/12/2024 | $11,311.25 |
| 4800 | 06/13/2024 | 08/12/2024 | $45,151.25 |
| 4801 | 06/13/2024 | 08/12/2024 | $90,271.25 |
| 4802 | 06/13/2024 | 08/12/2024 | $90,271.25 |
| 5017 | 06/19/2024 | 08/18/2024 | $11,300.72 |

4930-7445-0293\1

| | | | |
|---|---|---|---|
| 5018 | 06/19/2024 | 08/18/2024 | $45,140.72 |
| 5019 | 06/19/2024 | 08/18/2024 | $22,580.72 |
| 5020 | 06/19/2024 | 08/18/2024 | $22,580.72 |
| 5021 | 06/19/2024 | 08/18/2024 | $22,580.72 |
| 5022 | 06/19/2024 | 08/18/2024 | $90,260.72 |
| 5023 | 06/19/2024 | 08/18/2024 | $90,260.72 |
| 6671 | 06/25/2024 | 08/24/2024 | $45,133.75 |
| 6672 | 06/25/2024 | 08/24/2024 | $45,133.75 |
| 6673 | 06/25/2024 | 08/24/2024 | $90,253.75 |
| 6674 | 06/25/2024 | 08/24/2024 | $90,253.75 |
| 5193 | 06/26/2024 | 08/25/2024 | $11,335.00 |
| 5232 | 06/27/2024 | 08/26/2024 | $11,288.13 |
| 5233 | 06/27/2024 | 08/26/2024 | $22,568.13 |
| 5234 | 06/27/2024 | 08/26/2024 | $67,688.13 |
| 5235 | 06/27/2024 | 08/26/2024 | $90,248.13 |
| 5236 | 06/27/2024 | 08/26/2024 | $22,568.13 |
| 5237 | 06/27/2024 | 08/26/2024 | $22,568.13 |
| 5238 | 06/27/2024 | 08/26/2024 | $45,128.13 |
| 5239 | 06/27/2024 | 08/26/2024 | $67,688.13 |
| 6675 | 07/01/2024 | 08/30/2024 | $67,707.50 |
| 5552 | 07/09/2024 | 09/07/2024 | $45,130.84 |
| 5558 | 07/09/2024 | 09/07/2024 | $22,578.34 |
| 5559 | 07/09/2024 | 09/07/2024 | $67,698.34 |
| 6676 | 07/09/2024 | 09/07/2024 | $67,690.84 |
| 6677 | 07/09/2024 | 09/07/2024 | $90,250.84 |
| 5759 | 07/15/2024 | 09/13/2024 | $11,291.00 |
| 5760 | 07/15/2024 | 09/13/2024 | $22,571.00 |
| 5761 | 07/15/2024 | 09/13/2024 | $67,691.00 |

3

| 5873 | 07/17/2024 | 09/15/2024 | $11,290.00 |
|------|------------|------------|------------|
| 5875 | 07/17/2024 | 09/15/2024 | $90,250.00 |
| 5877 | 07/17/2024 | 09/15/2024 | $22,570.00 |
| 5943 | 07/22/2024 | 09/20/2024 | $45,130.00 |
| 6109 | 07/25/2024 | 09/23/2024 | $11,287.50 |
| 6110 | 07/25/2024 | 09/23/2024 | $11,287.50 |
| 6111 | 07/25/2024 | 09/23/2024 | $22,567.50 |
| 6112 | 07/25/2024 | 09/23/2024 | $22,567.50 |
| 6113 | 07/25/2024 | 09/23/2024 | $11,287.50 |
| 6121 | 07/26/2024 | 09/24/2024 | $45,147.50 |
| 6122 | 07/26/2024 | 09/24/2024 | $45,147.50 |
| **TOTAL** | | | **$3,148,492.33** |

4

4930-7445-0293\1