# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **APPLIED BIOLOGICS LLC,**  *Plaintiff*,  v.  **ANEW YOU LLC,**  *Defendant*. | **CIVIL ACTION NO.**  **5:25-cv-00515-TES** |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Plaintiff Applied Biologics LLC filed a Complaint on November 25, 2025. [Doc. 1]. Defendant Anew You LLC responded with a Motion to Dismiss on January 30, 2026. [Doc. 7]. However, Defendant presents no argument in its one-sentence Motion. [*Id.*]. This is insufficient for many reasons, including under Local Rule 7.1. LR7.1, MDGa. Accordingly, the Court **DENIES** Defendant's Motion to Dismiss. [Doc. 7].

Furthermore, under Georgia law, registered agents or members of an LLC cannot represent a corporate entity (specifically including an LLC) unless they are duly licensed attorneys admitted to practice in this district. *See Gibson v. TMS Collection Services, LLC, et al.*, No. 5:19-cv-00440-TES (M.D. Ga. Jan. 15, 2020), ECF No. 9 (citing *Winzer v. EHCA Dunwoody, LLC*, 627 S.E.2d 426, 430 (Ga. Ct. App. 2006)). Specifically, under Georgia law, "those who accept the shielding benefits of a limited liability company must also accept its burdens, including the need to hire counsel." *Id.* (quoting

*Winzer*, 627 S.E.2d at 430) (alterations accepted). Since "a limited liability company is a separate business entity which can only act through its agents, [Defendant] can appear in court only through an attorney and not through an agent not admitted to the practice of law." *Id.* (quoting *Winzer,* 627 S.E. at 430).

So, no one other than a licensed attorney will be allowed to file any pleadings on Defendant's behalf unless they show that they are legally allowed to do so. Bottom line, Defendant must retain counsel to defend it in this matter. If the registered agent, or any person other than a licensed attorney, continues or attempts to file pleadings on Defendant's behalf, the Defendant runs the risk of having those pleadings stricken by the Court, including any answer (that is now due within the applicable time limits set by the Federal Rules of Civil Procedure) and a default entered. *See Id.* (striking the defendant's answer for the defendant LLC not having an attorney). Such a default could lead to the well-pled facts contained in Plaintiff's Complaint deemed admitted so that the Court would proceed to hearing evidence as to Plaintiff's damages or other requested relief and judgment ultimately being entered against Defendant. Defendant should proceed with caution and heed the Court's warnings.

**SO ORDERED**, this 2nd day of February, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**
