**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **APPLIED BIOLOGICS LLC,**<br><br> *Plaintiff,*<br>**v.**<br><br>**ANEW YOU LLC,**<br><br> *Defendant.* | **CIVIL ACTION NO.**<br>**5:25-cv-00515-TES** |

**ORDER GRANTING DEFAULT JUDGMENT**

The Court held an evidentiary hearing on July 15, 2026, to determine the amount of damages against the defaulting defendant, Anew You LLC. During the hearing, Plaintiff Applied Biologics LLC submitted—and the Court admitted—10 exhibits without objection. Those exhibits lay out the damages for this case. Neither party offered any witnesses. After receiving the exhibits, the Court added up the damage numbers, to get a total of $2,675,262.80. As a brief summary of the hearing, the Court calculated the total Default Judgment as follows:

- $3,148,492.33 in total invoices. [Exhibit 1]; [Exhibit 2].

- $744,791.69 in partial payments/credit [Exhibit 10] leaves an unpaid balance due and owing of $2,403,700.64.

- Prejudgment interest. Plaintiff requested prejudgment interest from 60 days after the date of the final invoice through the date Plaintiff filed its Motion for

Default, September 25, 2024, through March 13, 2025. At a 7% statutory interest rate under O.C.G.A. § 7-4-2, the interest totals $246,165.29. [Exhibit 3].

- Attorney's fees (excluding service-related fees) - $23,411. [Exhibit 4]; [Exhibit 5].

- Costs - $479.69. [Exhibit 4]; [Exhibit 5].

- Service costs under Rule 4(d) of the Federal Rules of Civil Procedure. $1,506.25. [Exhibit 4]; [Exhibit 5]; [Exhibit 6]; [Exhibit 7]; [Exhibit 8]; [Exhibit 9].

TOTAL DEFAULT JUDGMENT AMOUNT: $2,675,262.80.

With the hearing concluded, the essential evidence for damages is now on the record. *C.f. S.E.C. v. Smyth*, 420 F.3d 1225, 1232 n.13 (11th Cir. 2005). The Court, therefore, returns to Plaintiff's Motion for Default Judgment and **GRANTS** it.[1] [Doc. 15]. It is therefore **ORDERED, ADJUDGED AND DECREED** that a final judgment shall issue in favor of Plaintiff and against Defendant in the total amount of $2,675,262.80.

**SO ORDERED**, this 15th day of July, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

---

[1] In the Court's previous Order, it denied Plaintiff's Motion until the Court could hold an evidentiary hearing. [Doc. 19, p. 1].

2