IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

APPLIED BIOLOGICS LLC ,                           *

                Plaintiff,                  *

v.                                                                    Case No. 5:25-cv-00515-TES

                                        *

ANEW YOU LLC,

                                        *

                Defendant.

                                        *

## **J U D G M E N T**

Pursuant to this Court's Order dated   and for the reasons stated therein, JUDGMENT is

hereby entered in favor of Plaintiff in the amount of $2,675,262.80.  The amount shall accrue

interest from the date of entry of judgment at the rate of 4.03 % per annum until paid in full.

This 16th day of July, 2026.

                                 David W. Bunt, Clerk


                                 s/ Raven K. Alston, Deputy Clerk